UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Ryan C. Anderson,

        Plaintiff,

vs.                              Case No.  3:10-cv-998-J-34MCR

May Management Services Inc. et al.,

        Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Order Waiving Fees

and Costs (Doc. 4) filed November 3, 2010.  Pursuant to subsection 4323(h)(1) of Title

38 of the United States Code, Plaintiff requests this Court waive the filing fees and other

court costs for which he would otherwise be liable as the plaintiff in this action.

Under subsection 4323(h)(1), "[n]o fees or court costs may be charged or taxed

against any person claiming rights under" the Uniform Services Employment and

Reemployment Rights Act ("USERRA").  See 38 U.S.C. §§ 4301 to 4344.  The

Complaint in this case states two causes of action under USERRA, one for

discrimination, and one for denial of re-employment.  See (Doc. 1).  As Plaintiff's

affidavit demonstrates, at all times relevant to this matter, he has belonged to the

"uniformed services" as defined in USERRA (Doc. 4-A).  See 38 U.S.C. § 4303(16).

This action, therefore, is one in which the Plaintiff is "claiming rights" under USERRA

and no filing fees or court costs may be charged or taxed against him.

Accordingly, after due consideration, it is

**ORDERED:**

Plaintiff's Motion for Order Waiving Fees and Costs (Doc. 4) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this __4th__ day of

November, 2010.

*Monte C. Richardson*
_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party