UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RYAN C. ANDERSON,
A Florida resident,

                                          CASE NO:  3:10-CV-998-J-34MCR

    Plaintiff,

v.

MAY MANAGEMENT SERVICES INC., a
Florida corporation, and PULTE HOMES, INC.,
a Michigan corporation,

    Defendants.
_____/

**<u>CERTIFICATE OF INTERESTED PERSONS</u>**
**<u>AND CORPORATE DISCLOSURE STATEMENT</u>**

    I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. May Management Services, Inc., Defendant
    b. May Realty and Resort Rentals
    c. Pulte Homes, Inc.
    d. Ryan Anderson, Plaintiff
    e. Taylor, Day, Currie, Boyd & Johnson, Attorneys for Defendant
    f. Latasha Garrison-Fullwood, Attorney for Defendant
    g. Shalisa M. Francis, Attorney for Defendant
    h. Law Offices of Jorge Schmidt, P.A., Attorneys for Plaintiff
    i. Jorge Schmidt, Attorney for Plaintiff

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Defendant is not aware of any other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:  None.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted on January 7, 2011.

**TAYLOR, DAY, CURRIE, BOYD & JOHNSON**

*/s/ Latasha Garrison-Fullwood*
**LATASHA GARRISON-FULLWOOD**
Florida Bar No.: 0180602
Email:  lfullwood@tdclaw.com
**SHALISA M. FRANCIS**
Florida Bar No.:  58921
Email:  sfrancis@tdclaw.com
50 North Laura Street, Ste. 3500
Jacksonville, FL 32202
(904) 356-0700
(904) 356-3224 (fax)
Attorneys for Defendant, May Management Services, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of January, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Latasha Garrison-Fullwood*
**Attorney**