UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| RYAN C. ANDERSON, ) <br> A Florida resident ) <br> ) <br>     Plaintiff, ) <br> vs. ) <br> ) <br> MAY MANAGEMENT SERVICES INC., ) <br> a Florida corporation, and PULTE HOMES ) <br> INC., a Michigan corporation, ) <br> ) <br>     Defendants. ) <br> _____) | Case No.: 3:10 CV-998J-34-MCR |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the law firm of INFANTE, ZUMPANO, HUDSON & MILOCH, LLC, do hereby enter their appearance as co-counsel for the Plaintiff, Ryan C. Anderson, and most respectfully requests this Honorable Court to forward to the undersigned all notices, correspondence, pleadings, and any and all other pertinent data pertaining to the above-styled cause.

                          Respectfully submitted,

                By: \_\_\_\_\_/s/ Jorge Schmidt_____
                      **JORGE SCHMIDT**
                      Florida Bar No.: 781711
                      Counsel for Plaintiff
                      LAW OFFICES OF JORGE SCHMIDT, P.A.
                      1812 S.W. 12th Street
                      Miami, FL 33135
                      Telephone (786) 287-0657
                      E-Mail: js@jorgeschmidt.com

                      -and-

By: ____/s/ Robert W. Hudson_____
**ROBERT W. HUDSON**
Florida Bar No.: 993875
**ANTONIO C. CASTRO**
Florida Bar No.: 997080
INFANTE, ZUMPANO, HUDSON & MILOCH, LLC
Co-counsel for Plaintiff
500 South Dixie Highway, Suite 302
Coral Gables, Florida 33146
Telephone: (305) 503-29
Facsimile: (305) 774-5908
E-Mail: robert.hudson@izhmlaw.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 7th day of January, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record: **Latasha Garrison-Fullwood, Esq.** and **Shalisa M. Francis, Esq.,** Taylor, Day, Currie, Boyd & Johnson, *Attorneys for Defendant,* May Management Services, Inc., 50 North Laura Street, Suite 3500, Jacksonville, Florida 32202; lfullwood@tdclaw.com; and sfrancis@tdclaw.com.

By: ____/s/ Robert W. Hudson_____
          **Attorney**

2